**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

Teracota Inc. Corp. and Xintana Corp.,

      Plaintiffs,

      v.

Atlas Data Privacy Corporation,

      Defendant.

Case No. 1:26-cv-00858

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, Teracota Inc. Corp. and

Xintana Corp. each state that that it is a privately held corporation, none of which has a parent

entity.

Dated: July 15, 2026

/s/ *Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel for Plaintiffs*