AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | |
|---|---|
| Teracota Inc. Corp. and Xintana Corp., <br><br><br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Atlas Data Privacy Corporation <br><br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   1:26 cv 00858 (UNA)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Atlas Data Privacy Corporation
c/o Northwest Registered Agent Service, Inc.
8 The Green, Ste B
Dover, De 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ 07/16/2026 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26 cv 00858 (UNA)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Atlas Data Privacy Corporation
was received by me on *(date)* 7/16/2026 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Cindy Ben, Agent _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Northwest Registered Agent
Service, Inc., at 8 The Green, Suite B, Dover, DE 19901 on *(date)* 7/16/2026 at 2:50pm ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Christopher Jones - Process Server
*Printed name and title*

800 King Street, Suite 102
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

Cindy Ben, authorized to accept, African-American female, 56 years old,
5'11", 151 lbs., with black hair, and wears glasses.