**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Teracota Inc. Corp. and Xintana Corp., | ) | |
| Plaintiffs, | ) | Case No. 1:26-cv-00858 (UNA) |
| v. | ) | |
| Atlas Data Privacy Corporation, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Michael J. Joyce pursuant to Local Rule 83.7 of the District Court for the District of Delaware and moves the Court for an Order authorizing the law firm of Joyce, LLC to withdraw as counsel for plaintiffs Teracota, Inc. Corp. and Xintana Corp., in the above-referenced matter. In support thereof, undersigned counsel state as follows:

1. Plaintiffs, through undersigned counsel, commenced this action on July 14, 2026. Almost immediately after the commencement of the action, Plaintiffs insisted upon taking certain actions in this proceeding for which undersigned counsel has a fundamental disagreement. As a result, on August 15, 2026, Plaintiffs agreed to retain substituting counsel in this matter. As of the date of this Motion, nearly a month has passed since Plaintiffs agreed to retain substituting counsel but have failed to do so.

2. Pursuant to the Delaware Rules of Professional Conduct, withdrawal is appropriate where (a) "a client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement. Del. Rules of Prof'l Conduct 1.16(b)(4).

3. In the present case, and almost immediately after the filing of the complaint, undersigned counsel and the Plaintiffs fundamentally disagreed with respect to certain actions Plaintiffs want to initiate in this matter, including but not limited to certain motion practice. Accordingly, withdrawal is appropriate pursuant to Rule 1.16(b) of the Delaware Rules of Professional Conduct.

4. Undersigned counsel understands that Plaintiffs have retained out of state counsel in this matter who is currently seeking to associate with Delaware counsel.

5. Pursuant to Local Rule 83.7 of the District Court for the District of Delaware, notice of this motion is being served upon counsel for the Defendants and on Plaintiffs as follows:

(1) via international registered mail to:

Teracota Inc Corp and Xintana Corp.
IBC Registration Number: 243054
House of Francis, Room 303
Ile du Port, Mahe, Seychelles.

Attention: Elna Paulette Valentin

(2) via e-mail to: danwellis33@outlook.com

Proof of service on Plaintiffs is attached hereto as Exhibit "A".

*[Signature Page to Follow]*

WHEREFORE, Joyce, LLC requests the Court enter an Order allowing it to withdraw as counsel for Plaintiffs in the above-referenced matter.

Dated: September 9, 2026
Wilmington, Delaware

*/s/ Michael J. Joyce*

Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com