**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Teracota Inc. Corp. and Xintana Corp.,

Plaintiffs,

v.

Atlas Data Privacy Corporation,

Defendant.

Case No. 1:26-cv-00858-(MN)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action in its entirety without prejudice. An answer has not been filed.

Dated: October 16, 2026

**JOYCE, LLC**

*/s/ Michael J. Joyce*

Michael J. Joyce (No. 4563)
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
Email: mjoyce@mjlawoffices.com

*Counsel to Plaintiffs*